

## MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 455TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On May 15, 2025, the Court of Appeals for the Fifteenth District of Texas affirmed your judgment in the following case:

Anthony Nguyen, O.D. v. Texas Optometry Board

Court of Appeals No. 15-24-00096-CV
Trial Court No. D-1-GN-23-007449

The Court of Appeals entered the following judgment or order:

This cause, an appeal in favor of appellee, Texas Optometry Board, signed July 31, 2024, was heard on the appellate record. We have inspected record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this January 7, 2026.



CHRISTOPHER A. PRINE, CLERK